IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MAURICE A. COBB, | : | |
| Petitioner, | : | |
| VS. | : | NO. 5:14-CV-206 (MTT) |
| WILLIAM HOWELL, | : | |
| Respondent. | : | **O R D E R** |

Petitioner **MAURICE A. COBB**, an inmate at the Colquitt County Correctional Institution, filed a *pro se* habeas corpus action. This Court has twice directed Petitioner to pay the $5.00 filing fee or return a financial affidavit seeking leave to proceed *in forma pauperis* ("IFP") (Docs. 3 & 5). Petitioner has nevertheless failed to comply. Accordingly, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**. Petitioner may refile his habeas petition in a new action accompanied by either the $5.00 filing fee or an IFP affidavit with the required attachments.

**SO ORDERED**, this 12th day of August, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr